Commonwealth ex rel. Vito, Appellant, *v.* Vito.

Argued December 4, 1973. *James*

*S. Palermo,* for appellant; *Kenneth R. Bayless,* with him *Laputka, Bayless, Ecker and Cohn,* for appellee.
  Order affirmed.
  SPAULDING, J., absent.